**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **JANICE KAY WILLIAMS** ) | **Case No. 18-25973-MMH** |
| ) | **(Chapter 13)** |
| **Debtor.** ) | |

## WITHDRAWAL OF OBJECTION AND CONSENT TO CONFIRMATION

Hard Money Bankers, LLC ("HMB"), by and through its undersigned counsel, hereby withdraws its Objection to Confirmation of the Plan (Doc. No. 13), as Amended on May 9, 2019 (Doc. No. 21), and hereby consents to the confirmation of the Amended Chapter 13 Plan filed by the Debtor on June 23, 2019 (Doc. No. 22, the "Amended Plan").  Accordingly, as HMB appears to be the sole creditor in this case, HMB believes it is appropriate to confirm the Amended Plan at this time.

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**

By:    /s/ Benjamin P. Smith
Benjamin P. Smith, Esquire (Bar No. 17680)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL:  (301) 230-5241
FAX:  (301) 230-2891
Email: bsmith@shulmanrogers.com
*Attorney for Hard Money Bankers, LLC*

## **CERTIFICATE OF SERVICE**

The following parties received electronic notice of this filing this 25th day of June, 2019:

    Robert S. Thomas, II        ECF@ch13balt.com
    *Chapter 13 Trustee*

    Charlene A. Wilson        charlene.bankratty@prodigy.net
    *Counsel for Debtor*

To the extent that the following persons were not served electronically via CM/ECF system, a copy of the **Withdrawal of Objection and Consent to Confirmation** was first class mailed, postage prepaid, this 25th day of June, 2019, to:

    Janice Kay Williams
    1523 N. Milton Avenue
    Baltimore, MD 21213
    *Debtor*

    /s/    Benjamin P. Smith
    Benjamin P. Smith